**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CR-26-429-G-4** |
| | ) | |
| **ALI JASET LOPEZ JAIME,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

Now before the Court is the Government's Motion to Amend Indictment (Doc. No. 16). The Government requests that the style and the body of the September 15, 2026 Indictment (Doc. No. 1) be amended to reflect that Defendant's correct legal name is Ail Jaset Lopez Jaime. *See* Gov't's Mot. to Amend Indictment at 1-2.

For good cause shown, and there being no objection by any party or dispute as to the identity of Defendant Ail Jaset Lopez Jaime, the unopposed Motion (Doc. No. 16) is GRANTED. *See United States v. Stegman*, 873 F.3d 1215, 1223 (10th Cir. 2017) (noting that an indictment may be amended without resubmission to the grand jury when the amendment is "merely a matter of form," that is, "a change that does not mislead the defendant in any sense, does not subject the defendant to any added burdens, and does not otherwise prejudice the defendant" (internal quotation marks omitted)).

IT IS THEREFORE ORDERED that the Indictment shall be and is hereby amended in the manner described to reflect that "Ail Jaset Lopez Jaime" is the identified defendant.

The case caption and docket shall be updated accordingly.

IT IS SO ORDERED this 15th day of October, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge